STATE v. DUCKER

No. 377P01

Case below: 143 N.C. App. 716

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 31 January 2002. Motion by Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 31 January 2002.

STATE v. GRAY

No. 556A93-2

Case below: Lenoir County Superior Court

Motion by defendant to remove counsel and appoint new counsel remanded 18 December 2001 for hearing to determine whether to remove current counsel and appoint new counsel.

STATE v. HARRIS

No. 550P01

Case below: 145 N.C. App. 570

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 31 January 2002. Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 31 January 2002. Motion by Attorney General to deny petition for discretionary review dismissed as moot 31 January 2002.

STATE v. HEARST

No. 684PA01

Case below: 147 N.C. App. 298

Notice of appeal by defendant pursuant to G.S. 7A-30 (substantial constitutional question) dismissed ex mero motu 31 January 2002. Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 31 January 2002.